■ CENTRAL PETROLEUM CORPORATION et al., v. ABRAHAM KORMAN et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed

on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.